UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:13-MJ-1974-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Steve J. Henry** | ) | |

On May 14, 2014, Steve J. Henry appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating, N.C.G.S. 20-138.1, Level 5, Driving While Impaired, was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on July 8, 2014, the court finds as a fact that Steve J. Henry, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 8th day of July, 2014.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge